Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-mj-0188-MJS |
| Plaintiff, | ) ) | MOTION TO DISMISS; AND ORDER |
| v. | ) ) | THEREON |
| SHAUN W. POWERS, | ) ) | |
| Defendant. | ) ) ) | |

The defendant having met all conditions of deferral, and by leave of the court endorsed hereon, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607 of count one, charging a violation of 21 United States Code §844(a) Possession of a Controlled Substance.

Dated: April 26, 2011                                                  NATIONAL PARK SERVICE

/S/ Susan St. Vincent
Susan St. Vincent
Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   April 26, 2011                            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1